FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 20 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LOREN MILLER; et al., <br><br> Debtors. <br> ─────────────────────── <br> LOREN MILLER, <br><br> Appellant, <br><br> v. <br><br> JEREMY W. FAITH, Trustee, <br><br> Appellee. | No. 16-55032 <br><br> D.C. No. 2:14-cv-01681-DOC <br> Central District of California, <br> Los Angeles <br><br><br> ORDER |

     This appeal challenges the district court's order affirming two interlocutory

orders of the bankruptcy court and denying appellant's motion to withdraw the

reference. A review of the record suggests that this court may lack jurisdiction

over the appeal because the underlying bankruptcy court proceedings are ongoing

and the order challenged on appeal does not appear to be final or appealable. *See*

*In re Lievsay*, 118 F.3d 661, 662 (9th Cir. 1997) (per curiam) ("[i]f the underlying

bankruptcy court decision is interlocutory, the BAP order affirming or reversing it

is also interlocutory"); *see also In re Kissel*, 105 F.3d 1324, 1325 (9th Cir. 1997)

MF/Pro Se

(order) (order denying motion to withdraw reference to bankruptcy court is not final or appealable).

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Monica Fernandez
Motions Attorney/Deputy Clerk