FILED

MAR 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: LOREN MILLER; et al.,<br><br>　　　　Debtors.<br><br>———————————————<br><br>LOREN MILLER,<br><br>　　　　Appellant,<br><br>　v.<br><br>JEREMY W. FAITH, Trustee,<br><br>　　　　Appellee. | No. 16-55032<br><br>D.C. No. 2:14-cv-01681-DOC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

　　The court has received appellant's February 16, 2016 memorandum in response to the court's January 20, 2016 order to show cause. Appellee's time to file a response to the memorandum is extended, sua sponte. Within 14 days after the date of this order, appellee may file a response to the February 16, 2016 memorandum.

　　Briefing remain suspended pending further order of the court.

　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　By: Delaney M. Andersen
　　　　　　　　　　　　Motions Attorney/Deputy Clerk

DA/Pro Se