FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 02 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LOREN MILLER; et al.,<br><br>　　　　　Debtors.<br><br>―――――――――――――<br><br>LOREN MILLER,<br><br>　　　　　Appellant,<br><br>　v.<br><br>JEREMY W. FAITH, Trustee,<br><br>　　　　　Appellee. | No. 16-55032<br><br>D.C. No. 2:14-cv-01681-DOC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The January 20, 2016 order to show cause is discharged. However, in addition to all other issues the parties wish to raise in their briefs, the parties shall address this court's jurisdiction to review the district court's December 2, 2015 order. *See* 28 U.S.C. 158(d); *In re Rains*, 428 F.3d 893, 900-01 (9th Cir. 2005) (court of appeals lacks jurisdiction to hear interlocutory appeals in bankruptcy cases); *In re Lievsay*, 118 F.3d 661, 662 (9th Cir. 1997) (per curiam) ("[i]f the underlying bankruptcy court decision is interlocutory, the BAP order affirming or

DA/Pro Se

reversing it is also interlocutory"); *see also Silver Sage Partners, Ltd. v. City of Desert Hot Springs*, 339 F.3d 782, 787 (9th Cir. 2003) (determination of whether a bankruptcy court's decision is final is a question of law reviewed de novo).

The opening brief and excerpts of record are due July 1, 2016; the answering brief is due August 1, 2016; and the optional reply brief is due within 14 days after service of the answering brief.